**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| The Independence Project, Inc., et al<br><br>Plaintiffs<br><br>v.<br><br>Pocono International Raceway, Inc.,<br><br>Defendant | CIVIL ACTION NO. **3:13-CV-2053**<br><br>**(MEHALCHICK, M.J.)** |

**ORDER**

**AND NOW**, this 10th day of January, 2014, Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within **sixty (60) days** if the settlement is not consummated.

BY THE COURT:

*s/ Karoline Mehalchick*
KAROLINE MEHALCHICK
United States Magistrate Judge