UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
SCRANTON DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

        Plaintiffs,

v.                                               CASE NO.: 3:13-CV-02053-RDM

POCONO INTERNATIONAL RACEWAY,
INC., a Pennsylvania Corporation,

        Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice. The parties have agreed that the Court shall retain jurisdiction to enforce the terms and conditions of the settlement.

Respectfully Submitted,

| | |
|---|---|
| **/s/John P. Fuller** | **/s/Kathryn L. Simpson** |
| John P. Fuller, Esq., *pro hac vice* | Kathryn L. Simpson, Esq. |
| Fuller, Fuller & Associates, P.A. | Sup. Ct. I.D. No 28960 |
| 12000 Biscayne Boulevard, Suite 609 | Mette, Evans & Woodside |
| North Miami, FL 33181 | 3401 North Front Street |
| Telephone: (305) 891-5199 | P.O. Box 5950 |
| Facsimile: (305) 893-9505 | Harrisburg, PA 17110-0950 |
| jpf@fullerfuller.com | Telephone: (717) 232-5000 |
| and | Facsimile: (717) 236-1816 |
| David N. Dessen, Esq. | klsimpson@mette.com |
| Atty. I.D. No: 17627 | *Attorneys for Defendant* |
| Dessen, Moses & Rossitio | |
| 600 Easton Road | Date: **January 28, 2014** |
| Willow Grove, PA 19090 | |
| Telephone: (215) 496-2902 | |
| Facsimile: (215) 564-2879 | |
| ddessen@dms-lawyer.com | |
| *Attorneys for the Plaintiffs* | |

Date: **January 28, 2014**